IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICKEY DIAL,

    Plaintiff,                   No. CIV S-03-1164 DFL PAN P

  vs.

LINDA RIANDA, et al.,

    Defendants.            <u>ORDER</u>

        Plaintiff, a state prisoner, is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.

        On July 30, 2004, this court ordered plaintiff to complete and return to the court, within 30 days, the USM-285 forms and copies of his complaint which are required to effect service on the defendants. Plaintiff has not complied.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The Clerk of the Court is directed send plaintiff three USM-285 forms, one summons, an instruction sheet and a copy of the amended complaint filed March 23, 2004.

        2. Within thirty days, plaintiff shall submit to the court one completed summons, one USM-285 form for each defendant to be served and four copies of the endorsed amended

/////

1

1  complaint filed March 23, 2004.  Failure to return the copies within the specified time period will
2  result in a recommendation that this action be dismissed.
3  DATED: April 18, 2006.

UNITED STATES MAGISTRATE JUDGE

\dia1164.8f
\004