1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10   RICKEY DIAL,

11            Plaintiff,              No. CIV S-03-1164 DFL PAN P

12       vs.

13   LINDA RIANDA, et al.,

14            Defendants.            <u>ORDER</u>

15   _____/

16            Plaintiff is a prisoner who is proceeding pro se and in forma pauperis.  Plaintiff

17   seeks relief pursuant to 42 U.S.C. § 1983.

18            On May 11, 2006, the court ordered the United States Marshal to serve the

19   complaint on defendants.  Process directed to defendant Low was returned unserved because

20   "unable to locate."  Plaintiff must provide additional information to serve this defendant.

21   Plaintiff shall promptly seek such information through discovery, the California Public Records

22   Act, Calif. Gov't. Code § 6250, et seq., or other means available to plaintiff.  If access to the

23   required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

24            Accordingly, IT IS HEREBY ORDERED that:

25            1.  The Clerk of the Court is directed to send to plaintiff one USM-285 form,

26   along with an instruction sheet and a copy of the amended complaint filed March 23, 2004;

2.  Within sixty days from the date of this order, plaintiff shall complete and submit the attached Notice of Submission of Documents to the court, with the following documents:

        a.  One completed USM-285 form for defendant Low;

        b.  Two copies of the endorsed complaint filed March 23, 2004; and

        c.  One completed summons form (if not previously provided)

or show good cause why he cannot provide such information.

DATED: August 4, 2006.

UNITED STATES MAGISTRATE JUDGE

/mp
dial1164.8e

2

1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   RICKEY DIAL,

11          Plaintiff,                        No. CIV S-03-1164 DFL PAN P

12      vs.

13   LINDA RIANDA, et al.,                    NOTICE OF SUBMISSION

14          Defendants.                       OF DOCUMENTS

15   _____/

16          Plaintiff hereby submits the following documents in compliance with the court's

17   order filed _____:

18          _____      completed summons form

19          ___1___      completed USM-285 forms

20          ___2___      copies of the _____
                                        Complaint/Amended Complaint
21   DATED:

22

23                                           _____
                                             Plaintiff
24

25

26