IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICKEY DIAL,

    Plaintiff,                       No. CIV S-03-1164 DFL EFB P

vs.

STATE OF CALIFORNIA, et al.,

    Defendants.                <u>ORDER</u>

_____/

Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. On August 7, 2006, the court directed plaintiff to submit two copies of the endorsed March 23, 2004, amended complaint for the U. S. Marshal to serve defendant Rianda. Plaintiff submitted only one copy. Plaintiff has failed to comply with the order.

It therefore is ORDERED that plaintiff has 20 days from the date of this order either to explain his failure to comply with the August 7, 2006, order, or to submit one copy of the endorsed March 23, 2004. Failure to comply with this order will result in a recommendation that this action be dismissed. The Clerk of the Court is directed to send to plaintiff one copy of the March 23, 2004, pleading.

Dated: November 13, 2006.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE