IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICKEY DIAL,

      Plaintiff,                    No. CIV S-03-1164 RRB EFB P

      vs.

STATE OF CALIFORNIA,          ORDER
et al.,

      Defendants.
_____/

      Plaintiff is a prisoner without counsel suing for alleged civil rights violations. *See* 42 U.S.C. § 1983. This action, commenced in 2003, has had no substantive activity since November of 2006. Accordingly, for the reasons explained below, plaintiff must either resume prosecution of it or face dismissal.

      This court, having found that plaintiff stated cognizable claims for relief against some defendants, issued an order on August 7, 2006, directing plaintiff to submit two copies of the endorsed March 23, 2004, amended complaint for the U.S. Marshal to serve defendant Rianda. Plaintiff submitted only one copy, thereby failing to comply with the court's order. Thus, on November 14, 2006, the court gave plaintiff 20 days to submit one additional copy of the complaint. However, on December 18, 2006, this order was returned to the court with the notation that it was not deliverable because plaintiff was "out to court." It appears that the Clerk

of the Court did not attempt to serve this order on plaintiff a second time. However, the court notes that the June 12, 2007, order designating a new district judge to handle this case was duly served and not returned. Plaintiff has not inquired into the status of this case since this court's November 14, 2006, order was returned. In the absence of plaintiff offering an explanation of why he for so long has failed to inquire into or act on this case, the court will find that he has abandoned this case and recommend that it be dismissed for plaintiff's failure to prosecute. *See* Fed. R. Civ. P. 41(b).

Accordingly, it is ORDERED that:

1. Plaintiff has 20 days from the date of this order to comply with the November 14, 2006, order of this court and to explain why he has not inquired into the status of this case since the time the court was prepared to order service of process on the defendant. Failure to comply with this order will result in a recommendation that this action be dismissed for failure to prosecute.

2. The Clerk of the Court is directed to re-serve plaintiff with the November 14, 2006, order and a copy of the March 23, 2004, pleading.

Dated: April 8, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2