IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICKEY DIAL,

      Plaintiff,                            No. CIV S-03-1164 JAM EFB P

      vs.

STATE OF CALIFORNIA, et al.,

      Defendants.                    FINDINGS AND RECOMMENDATIONS

                               /

      Plaintiff is a prisoner suing for alleged civil rights violations. *See* 42 U.S.C. § 1983. On April 9, 2008, the court gave plaintiff 20 days to comply with a November 14, 2006, order to submit the materials necessary to effect service of process on defendant Rianda and explain why he has taken no action in this case for about 18 months. The court warned him that failure to comply with the order would result in a recommendation that this action be dismissed for failure to prosecute.

      The 20 days have passed and plaintiff has not submitted the materials necessary to serve process on defendant or otherwise responded to the April 9, 2008, order.

      Accordingly, it is RECOMMENDED that this action be dismissed without prejudice. Fed. R. Civ. P. 41(b).

////

1   These findings and recommendations are submitted to the United States District Judge
2 assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within 15 days after
3 being served with these findings and recommendations, any party may file written objections
4 with the court and serve a copy on all parties.  Such a document should be captioned "Objections
5 to Magistrate Judge's Findings and Recommendations."  Failure to file objections within the
6 specified time may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158
7 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).
8 Dated:  May 29, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE